UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANNA LABOY, ET AL. | : | CIVIL NO. 3:19CV00307(JCH) |
| V. | : | |
| SCOTT SEMPLE, ET AL. | : | DECEMBER 13, 2019 |

## DEFENDANTS' MOTION FOR A CONTINUANCE OF THE CALENDAR CALL SCHEDULED FOR DECEMBER 18, 2019

The defendants, Scott Semple, Dr. Nelsen, Dr. Machinski and Antonio Santiago, hereby move for a continuance of the calendar call recently scheduled by the court. In support of this motion, the undersigned represents the following:

1. On December 6, 2019, the court ruled on several pending motions. In particular, the court granted the plaintiffs' motions to amend their complaint and to join parties, and denied the defendants' motion for summary judgment.

2. Today, the defendants named in this motion filed a motion to reconsider the denial of their summary judgment motion.

3. The four new defendants now added to this case by virtue of the granting of the plaintiffs' motion for joinder have not been served. As such, none have asked for representation by the Office of the Attorney General, nor are they aware of the scheduled conference.

4. If and when the plaintiffs actually serves these parties, it is unlikely that all will be offered representation and indemnification by the Office of the Attorney General, requiring one or more of the new defendants to either appear pro se or obtain counsel. The clock has not even begun for these defendants to appear.

5. Because no service has been made as of this date, it is most certain that none of the new defendants will appear or be represented at the upcoming calendar call.

6. The court's calendar notice states that all discovery and dispositive motion deadlines have elapsed. It is respectfully submitted that this is incorrect. Under the current scheduling order, discovery is not scheduled to be completed until April 1, 2020 and dispositive motions or a joint trial memorandum must be filed by May 1, 2020. See Doc. No. 13.

In sum, it is respectfully submitted that this case is not ready for a calendar call or assignment for trial. As such, the order to appear on December 18th is premature and should be vacated.

The undersigned has contacted opposing counsel and explained his reasons for requesting the continuance. Attorney DeVaughn Ward indicated that the plaintiffs <u>do</u> <u>not</u> consent to this motion. This is the defendants' first motion for a continuance of the call of the calendar.

DEFENDANTS
Semple, Machinski, Santiago,
and Nelson

WILLIAM TONG
ATTORNEY GENERAL


BY: /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct10835
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: terrence.oneill@ct.gov


## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to access the Court's electronic filing system as listed below. Parties may access this filing through the Court's CM/ECF System.


/s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General