UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANNA LABOY, ET AL. | : | CIVIL NO. 3:19CV00307(JCH) |
| | : | |
| V. | : | |
| | : | |
| SCOTT SEMPLE, ET AL. | : | AUGUST  24  , 2020 |

## **SUPPLEMENTAL STIPULATED MOTION FOR PROTECTIVE ORDER**

The individually named defendants submit this supplemental protective order in the interest of the preservation of prison safety and security, and ask that the order be issued with regard to the use of video recordings shared by defendants Semple, Machinski, Surreira, Simmons and Ortiz with counsel for defendant Fiala[1] during the preparation and trial of this matter:

**1)** The use of any DVD/video provided to defendant Michele Fiala, her counsel, their staff or experts that shows or depicts any inmate and/or any part of the inside or outside of a Connecticut Correctional Institution shall consist of and be limited to disclosure to:

    **a)**    Counsel of record for the named plaintiff defendants;

    **b)**    Intern, paralegal, clerical and secretarial staffs employed by counsel referenced in section a above;

    **c)**    Experts, investigators, and consultants retained by counsel in connection with any litigation arising from this incident;

    **d)**    This Court;

---

[1] In June 2019, prior to the appearance of Ms. Fiala, the individually named Defendants and Plaintiffs filed a Stipulated Protective Order with respect to the same topics, issues and restrictions submitted herein.  This Agreement does not supersede or in any way affect the applicability of the June 2019 Order.

**Error! Unknown document property name.**
**Error! Unknown document property name.**

  **e)**  Any court reporter present in his or her official capacity at any hearing, deposition or other proceeding in this action;

  **f)**  The plaintiffs while they are in the presence of their counsel of record; and

  **g)**  Witnesses at deposition and trial.

**2)** That any person identified in Paragraphs 1(b), (c), or (g) to whom the DVD/video is to be disclosed subject to the Protective Order shall be informed of the contents of the Protective Order prior to said disclosure and shall agree in writing, or by statement under oath and recorded in a written transcript of proceedings, to be bound by its terms.

**3)** Defendant Fiala, her attorneys, agents, employees, and/or experts are expressly prohibited from copying said DVD/video without prior written consent of defendants, counsel or approval of the court, except that plaintiffs' counsel may save an electronic copy of the DVD/video file on their workplace computers and may make copies for purposes of court submissions, subject to paragraph (6) below.  Although the plaintiffs and their counsel of record are permitted to disclose the contents of the DVD/video file to deposition and/or trial witnesses subject to the requirements set forth herein, the plaintiffs and their counsel of record are prohibited from providing a physical copy or copies of the DVD/video file to any deposition and/or trial witness. Within thirty days of the conclusion of the case, including any appeals thereof, all copies of the DVD/video file shall be returned to defense counsel and/or destroyed.

**Error! Unknown document property name.**
**Error! Unknown document property name.**

**4)** Any party may seek a modification of the Protective Order based upon a showing of good cause that the modification is necessary to further this pending court proceeding only. In the event such a motion is made, the identity of any person to whom disclosure of information is sought shall be included within the motion, along with the reason or reasons that disclosure of protected information is necessary to advance this litigation.

**5)** Nothing in the order waives any party's right to object to the admissibility of any DVD/video file at trial in this or any other proceeding.

**6)** Prior to filing said DVD/video file with the court and/or moving for its introduction into evidence, both parties will jointly request that the DVD/video file be filed under seal.

WHEREFORE, it is respectfully requested that parties' Stipulated Motion for Protective Order be granted.

3

**Error! Unknown document property name.**
**Error! Unknown document property name.**

DEFENDANTS
Semple, Machinski, Santiago, and Nelsen

WILLIAM TONG
ATTORNEY GENERAL


BY: /s/ *Terrence M. O'Neill*
    Terrence M. O'Neill
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Federal Bar #ct10835
    Tel.: (860) 808-5450
    Fax: (860) 808-5591
    E-Mail: terrence.oneill@ct.gov


DEFENDANT, MICHELLE FIALA

By /s/ Cristin E. Sheehan

Cristin E. Sheehan
cesheehan@morrisonmahoney.com
ct26207
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810
Phone:    860-616-4441
Fax:  860-244-3800

4

## **CERTIFICATION**

I hereby certify that on August 24, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          /s/ *Terrence M. O'Neill*
                                          Terrence M. O'Neill
                                          Assistant Attorney General

**Error! Unknown document property name.**
**Error! Unknown document property name.**