# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIANNA LABOY and KARINE LABOY ex rel BABY N.<br>    Plaintiffs<br><br>v.<br><br>Scott Semple, Commissioner of the Connecticut Department of Correction in his individual capacity; Dr. Tricia Machinski, OB/GYN for York Correctional Institute; CO Alberto Ortiz; CO Silvia Surreira; RN Michelle Fiala; RN Brianna Simmons<br><br>    all in their individual capacities<br><br>    Defendants. | 3:19-cv-307 (JCH)<br><br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 9, 2020 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICHELLE FIALA**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs and Defendant Fiala hereby stipulate and agree to a dismissal with prejudice of the above matter as to Defendant Michelle Fiala. Plaintiffs and Defendant Fiala stipulate to dismiss, with prejudice, and without costs, all claims that were or could have been raised by said parties.

2

PLAINTIFF,
TIANNA LABOY, ET AL


____/S/_____
Kenneth J. Krayeske, Esq.
Kenneth J. Krayeske Law Offices
255 Main Street, 5th Floor
Hartford, CT 06106
(860)995-5842
FAX: (860) 760-6590
eMail: attorney@kenkrayeske.com
Federal bar # CT 28498


_____/S/  *DeVaughn L. Ward*_____
DeVaughn Ward, Esq.
Ward Law, LLC
255 Main Street, 5th Floor
Hartford, CT 06106
860-869-4086
Fax: 860-471-8406
eMail: dward@attyward.com
Federal Bar # CT 30321


Defendant,
Michelle Fiala


_____/s/_____
Thomas Anderson, Esq.
Morrison Mahoney, LLP
One Constitution Plaza, 10th floor
Hartford CT 06103
Phone: 860-616-4441
Fax: 860-244-3800
Federal Bar #03451
tanderson@mirrisonmahoney.com

## CERTIFICATE OF SERVICE

I hereby CERTIFY that on November 9, 2020, a copy of the foregoing Stipulated Dismissal was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to access the Court's electronic filing system as listed below. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kenneth J. Krayeske*
Kenneth J. Krayeske, Esq.
